## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| INTERNATIONAL FOREST PRODUCTS, L.L.C., | |
| Plaintiff, | No. 22 CV 2002 |
| vs. | Hon. Eric F. Melgren |
| AAR MANUFACTURING, INC., | Magistrate Judge Gwynne E. Birzer |
| Defendant. | |
| AAR MANUFACTURING, INC., | |
| Counter-Plaintiff, | |
| vs. | |
| INTERNATIONAL FOREST PRODUCTS, L.L.C., | |
| Counter-Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing RESPONSES AND OBJECTIONS TO AAR MANUFACTURING, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS were sent to the following parties via email this 17th day of February, 2023.

Ronald S. Safer
Abigail L. Peluso
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
312-471-8774
Fax: 312-471-8701
rsafer@rshc-law.com
apeluso@rshc-law.com

Brendan James Gerdes
136 Madison Avenue, 6th Floor
New York, NY 10016
212-660-1040
Fax: 212-660-1000
bgerdes@rshc-law.com

Mimi E. Doherty
Deacy & Deacy, LLP
920 Main Street, Suite 1000
Kansas City, MO 64105
816-421-4000
Fax: 816-421-7880
med@deacylaw.com

*Counsel for Defendant*
*AAR Manufacturing, Inc.*

By:   *s/ Christopher C. Miles*
HUSCH BLACKWELL LLP
John Cruciani  KS #16883
Christopher C. Miles   KS #25562
4801 Main Street, Suite 1000
Kansas City, MO 64112
Tel: (816) 983-8000
Fax: (816) 983-8080
john.cruciani@huschblackwell.com
christopher.miles@huschblackwell.com

*Attorneys for International Forest Products, L.L.C.*
*and International Forest Products del Ecuador SA*

2