IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| INTERNATIONAL FOREST PRODUCTS, L.L.C., | |
| Plaintiff, | No. 22 CV 2002 |
| vs. | Hon. Eric F. Melgren |
| AAR MANUFACTURING, INC., | Magistrate Judge Gwynne E. Birzer |
| Defendant. | |
| AAR MANUFACTURING, INC., | |
| Counter-Plaintiff, | |
| vs. | |
| INTERNATIONAL FOREST PRODUCTS, L.L.C., | |
| Counter-Defendant. | |

**REVISED NOTICE OF VIDEOTAPED DEPOSITION OF STEPHEN WILDE**

To:   Counsel of record on attached Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, August 15, 2023, at 9:30 a.m., Defendant/Counter-Plaintiff AAR Manufacturing, Inc. shall take the videotaped deposition of Stephen Wilde pursuant to Federal Rule of Civil Procedure 30 before a certified court reporter and videographer at the offices of Husch Blackwell, LLP, located at 4801 Main Street, Suite 1000, Kansas City, MO 64112.

Dated: August 11, 2023

/s/ Mimi E. Doherty

Mimi E. Doherty
RYNEARSON SUESS SCHNURBUSCH &
CHAMPION LLC
9233 Ward Parkway, Suite 370
Kansas City, MO 64114
(816) 421-4000
mdoherty@rssclaw.com

Ronald S. Safer
Abigail L. Peluso
Brendan J. Gerdes
RILEY SAFER HOLMES & CANCILA, LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8774
rsafer@rshc-law.com
apeluso@rshc-law.com
bgerdes@rshc-law.com

*Attorneys for AAR Manufacturing, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

John Cruciani
Michael Hargens
Christopher C. Miles
HUSCH BLACKWELL, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000
john.cruciani@huschblackwell.com
michael.hargens@huschblackwell.com
christopher.miles@huschblackwell.com

*Attorneys for International Forest Products, L.L.C.*

/s/ *Mimi E. Doherty*